WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

*Attorneys for Defendant TD Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

———————————————————————— x
                                :

| | |
|---|---|
| MZL CAPITAL HOLDINGS, INC. and THOMAS RAIC, On behalf of themselves and all others similarly situated, | : Honorable Renee Marie Bumb, U.S.D.J. <br> : <br> : Civil Action No:  14 CV 05772 (RMB)(AMD) <br> : |
| Plaintiffs, | : <br> : <br> : **DEFENDANT TD BANK, N.A.'S** <br> : **NOTICE OF MOTION TO DISMISS** |
| v. | : <br> : <br> : **Return Date:  February 16, 2016** |
| TD BANK, N.A. and UNIDENTIFIED ENTITIES (A-Z), | : <br> : <br> : **ORAL ARGUMENT REQUESTED** |
| Defendants. | : <br> : |

———————————————————————— x

TO:
      Diane E. Sammons
      NAGEL RICE, LLP
      103 Eisenhower Parkway
      Roseland, New Jersey 07068

**COUNSEL:**

     **PLEASE TAKE NOTICE** that on February 16, 2016, at 9:00 a.m., or as soon thereafter

as counsel may be heard, the undersigned counsel for Defendant TD Bank, N.A. ("TD Bank")

will move before the Honorable Renee Marie Bumb, U.S.D.J., at the United States District

Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Fourth

& Cooper Streets, Camden, New Jersey 08101, for entry of an Order granting TD Bank's Motion

to Dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, TD Bank will

rely upon the Memorandum of Law and Declaration submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that TD Bank respectfully requests oral

argument.

WINSTON & STRAWN LLP
*Attorneys for Defendant*
*TD Bank, N.A.*


By: ___*s/ Jeffrey P. Catenacci*___
    James S. Richter
    jrichter@winston.com
    Jeffrey P. Catenacci
    jcatenacci@winston.com

Dated: December 23, 2015

**OF COUNSEL:**
John H. Cobb
WINSTON & STRAWN LLP
100 N. Tryon Street
Charlotte, NC 28202
(704) 350-7700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2015, copies of the foregoing Notice of Motion and

supporting documents were served as follows:

**<u>BY ECF</u>**:

Diane E. Sammons
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


_____*s/ Jeffrey P. Catenacci*_____
Jeffrey P. Catenacci

Dated: December 23, 2015